No. 75–1638. KELL ET AL. *v.* CHILIVIS, REVENUE COMMISSIONER OF GEORGIA, ET AL. Appeal from Sup. Ct. Ga. dismissed for want of substantial federal question.

No. 76–165. RESTAURANT INDUSTRIES CORP. ET AL. *v.* BYLICKI ET AL. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.

No. 76–281. HUB THEATRES, INC., ET AL. *v.* MASSACHUSETTS PORT AUTHORITY. Appeal from Sup. Jud. Ct. Mass. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–1657. NORTH CAROLINA *v.* FEDERAL POWER COMMISSION ET AL. C. A. D. C. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Pub. L. 94–407, 82 Stat. 906. MR. JUSTICE POWELL took no part in the consideration or decision of this case.

No. 67, Orig. IDAHO EX REL. ANDRUS, GOVERNOR OF IDAHO, ET AL. *v.* OREGON ET AL. Motion of Columbia River Fishermen's Protective Union for leave to file a brief as *amicus curiae* granted. [For earlier orders herein, see, *e. g.,* 425 U. S. 957.]